# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JERRY BEAN, | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | )   No. 4:20 CV 1509 CDP |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM

To assist the Court and the parties in the resolution of movant's claims, the Court will order the preparation of movant's guilty plea and sentencing transcripts in his criminal case. That Order will also provide a free copy of these transcripts to the parties. The Court may require or permit additional briefing once the transcripts are filed.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 21st day of March, 2022.